DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WILSON

No. 77P93

Case below: 108 N.C.App. 575

Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 7 April 1993. Petition by defendant (Johnny Wayne Wilson) for discretionary review pursuant to G.S. 7A-31 denied 7 April 1993.